■ In the Matter of BLANCHE MANDRY, Respondent, v JOSE REYES, Appellant. [740 NYS2d 884] —Order, Family Court, New York County (Sarah Schechter, J.), entered on or about November 20, 1997, after a hearing, awarding custody of the subject child to petitioner, unanimously affirmed, without costs.

The finding that a change in custody is in the child's best interests accords with the weight of the evidence showing, among other things, that respondent had deliberately frustrated petitioner's visitation rights (*see, Victor L. v Darlene L.*, 251 AD2d 178, 179, *lv denied* 92 NY2d 816), and that the child, who had been living with petitioner for some six months prior to the hearing pursuant to a temporary custody order, is thriving under petitioner's care and guidance in her comfortable and stable home (*see, Eschbach v Eschbach*, 56 NY2d 167, 172-174). Concur—Tom, J.P., Mazzarelli, Buckley, Lerner and Gonzalez, JJ.